UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GREGORY A. FUJII #405521,

    Plaintiff,

v.                               3:12-cv-592

KNOXVILLE POLICE DEPARTMENT,

    Defendant.

### JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

                                                s/ Thomas W. Phillips
                                              United States District Judge

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
    CLERK OF COURT